IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  25-cr-76-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

1.  ERIC JERMAINE SPIVEY
2.  ALBERTO DURAN
3.  BRENDA JONES

     Defendants.

---

## MOTION TO DISCLOSE GRAND JURY MATERIAL

---

The United States of America, by and through Brian Dunn, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the government to disclose Grand Jury testimony to defense counsel, as part of discovery in this case, on the terms and conditions outlined below.

As grounds for this motion, the Government states as follows:

1.     Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

2.     The government wishes to provide discovery to defense counsel, which includes a transcript of Grand Jury testimony.  The material generated in the Grand Jury process is pertinent to the present case and should be disclosed to the defense, as it would be helpful and necessary for the defense to review for effective preparation of the case.

3.    Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.    The pending case against the defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The government wishes to provide this discovery but can only do so with the Court's approval.

5.    Because these proceedings (and the related transcript) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the defense counsel; that the transcript be maintained in the defense counsel's custody; that such material shall not be reproduced or disseminated; and that such material be returned to the United States at the end of this case.

Therefore, the government respectfully requests that the Court authorize the disclosure of Grand Jury testimony to the defense counsel on the terms and conditions outlined above.

Dated this 7TH day of January, 2026.

PETER MCNEILLY
United States Attorney

s/ *Brian Dunn*
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail:  brian.dunn@usdoj.gov
Attorney for the United States

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2026, I electronically filed MOTION TO DISCLOSE GRAND JURY MATERIAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.


<u>s/ *Brian Dunn*</u>
BRIAN DUNN